15-655-CR
4th

CAUSE NO. 2014-CR-0148

10/28/15

THE STATE OF TEXAS

VS.

MATTHEW JAMAL JACKSON

COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

IN THE DISTRICT COURT
D379th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

# MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT

Come now MATTHEW JAMAL JACKSON, Defendant in the above styled and numbered cause and moves the Court to Substitue Attorney James P. Sieloff as appointed attorney of record for Defendant, and in support of this motion would show the Court the following on appeal.

Appellant was convicted under the trial court cause number on the 8 day of October, 2015, of the charge of Aggravated Robbery, a violation of Section 29.03 of the Texas Penal/Health & Safety Code.

On the 15 day of October, 2015, Appellant gave notice in said cause to the 4th Court of Appeals, San Antonio, Texas.

Defendant asserts that under the present time he can not establish an honest and open relationship with appointed counsel after meeting with counsel on a video interview from the conversation there is a conflict of interest Appellant wants adequate representation without conflict with his Attorney James P. Sieloff. see Cuyler v Sullivan, 466 U.S., at 346, 90 S.Ct., at 1717; Wilson v. Mintez s, 761 F 2d 275, 280 (6th Cir 1985). Appellant has lost faith in counsel and no longer trusts counsel's advice. Appellant has right to Counsel Powell v. Alabama, 287 U.S. 45, 77 L.Ed 158, 53 S.Ct. 55 (1932). Fourteenth Amendment is due process and by due process and the sixth Amendment Appellant has a right to effective counsel see McMann v. Richardson, 397 U.S. 759, 771, N.14, 90 S.Ct. 1441, n. 14, 25 L.Ed 2 d 763 (1970); Eddings v. Oklahoma, supra, 455 U.S., at 112, 102 S.Ct. at 875 (quoting Woodson v. North Carolina 428 U.S. 280, 304, 96 S. Ct. 2978, 2991, 49 L.Ed 2d 944 (1976); Gideon v. Wainwright, 372 U.S. 335, 83 S.Ct. 792, 9 L.Ed. 2d 799 (1963). Appellant has a right to Counsel and State cannot circumvent right see Maine v. Moulton, 474 U.S. 169, 88 L. Ed 2d 481, 106 S.Ct 477 (1985).

Appellant asserts that as a result of the attitude and performance of said counsel, there now exists a an irreparable antagonistic relationship between Appellant and Appointed counsel James P. Sieloff on appeal, and if Appellant is obliged to stand trial or have counsel continue with appeal herein with the representation of said counsel, he will be denied a fair trial and fair appeal, will have ineffective assistance of counsel see Schlup v. Delo, 513 U.S. 297, 130 L.Ed.2d 808, 115 s. Ct. 851 (1995) and will be denied his basic constitutional rights. Appellant also will be denied due process and equal protection of the law in violation of Amendments 5,6 and 14 to the Constitution of the United States, Article 1 Section 10, 19 and 29 of the Constitution of the State of Texas and Article 1.05 of the Code of Criminal Procedure

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully move the Court to dismiss Attorney James P. Sieloff as the Attorney of record herein, and requests that the Court appoint new counsel to represent Appellant in this cause:

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct

Respectfully Submitted
MATTHEW JAMAL JACKSON
BEXAR COUNTY DETENTION CENTER
200 N. COMAL
SAN ANTONIO, TEXAS 78207
SID# 1018145
ANNEX SC #16

10/28/15

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 NOV -2 AM 11: 56

*Keith E. Hottle*
KEITH E. HOTTLE, CLERK

BEXAR COUNTY DETENTION CENTER
200 N. COMAL
SAN ANTONIO, TX 78207

SIDA410181 45

ABNEY SC #16

INDIGENT

INMATE MAIL

BEXAR COUNTY JAIL

10/5/15

LEGAL
MAIL

COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
CADENA + REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

neopost
10/30/2015
US POSTAGE $000.48⁵

FIRST-CLASS MAIL

ZIP 78205
041M12250025